CYNTHIA A. REKEMEYER, Appellant, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent.

Submitted February 7, 2005; decided February 10, 2005

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.

JO'ELL SHEPPARD-MOBLEY et al., Respondents, v LESLIE KING et al., Appellants.

Submitted December 20, 2004; decided February 10, 2005

Motion by University Associates in Obstetrics and Gynecology, P.C. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

STATE FARM MUTUAL AUTOMOBILE INSURANCE Co., Appellant, v ROBERT MALLELA et al., Respondents.

Submitted January 24, 2005; decided February 10, 2005

Motion by Allstate Insurance Company et al. for leave to participate in oral argument as amici curiae on consideration of the certified question herein denied.